[No. 7851.]

CHITTENDER V. HILL ET AL.

*Error to Denver District Court.*—Hon. GEORGE W. ALLEN, Judge.

Mr. JOHN T. BOTTOM, Mr. MILNOR E. GLEAVES, for plaintiff in error.

Mr. JOHN A. GORDON, for defendants in error.

*Per Curiam:*

As no prejudicial error appears in the record, and it does appear that justice has been done, the judgment is affirmed.

*Judgment affirmed.*

Decision *en banc.*